IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES WEST, IN EX REL FOR TARIQ**
**EL-SHABAZZ BEY ON BEHALF OF Z-S-B, A MINOR**          **PLAINTIFF**

**v.**                                              **CIVIL NO. 1:15cv416-HSO-JCG**

**SINGING RIVER HOSPITAL AND**
**STATE OF MISSISSIPPI**
**VITAL STATISTICS OFFICE**                              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of August, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE